RICHARD T. WHITE #58622
MARK A. DELGADO #215618
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: rwhite@fablaw.com
      mdelgado@fablaw.com

Attorneys for Defendants
SAUNDRA COSTICK
(erroneously sued as SANDY COSTICK)
and JOHN COSTICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| TEG STAFFING, INC., a California Corporation, dba PLATINUM LEGAL<br><br>Plaintiff,<br><br>vs.<br><br>D. ALEXANDER PLATT, an individual, SANDY COSTICK, an individual, and JOHN COSTICK, an individual; and DOES 1-25<br><br>Defendant | Case No.: 08-cv-3073-JSW<br><br>**AMENDED NOTICE OF MOTION AND MOTION OF DEFENDANTS SAUNDRA COSTICK AND JOHN COSTICK TO DISMISS COMPLAINT BASED ON LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Date:    October 17, 2008<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 2, 17th Floor<br>Before: Honorable Jeffrey S. White |

TO PLAINTIFF TEG STAFFING, INC dba PLATINUM LEGAL AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on **October 17, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Jeffrey S. White, Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, Defendants Saundra Costick (erroneously sued as Sandy Costick) and John Costick (collectively "Defendants") will bring before the Court their motion to dismiss for lack of personal jurisdiction in the forum state and for improper venue.

The grounds for this motion are as follows:  Defendants file this Motion under Rules 12 (b)(2) and  12(b)(3) of the Federal Rules of Civil Procedure to dismiss Plaintiff's suit for lack of

1  personal jurisdiction over Defendants in the forum state and improper venue.

2      This motion is based on the pleadings and papers on file in this action, this Notice of
3  Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Saundra
4  Costick and John Costick, and whatever evidence and argument is presented at the hearing of
5  this motion.

6  Dated:  July 22, 2008                FITZGERALD ABBOTT & BEARDSLEY LLP

7
8                  By    /s/ Mark A. Delgado
                    Mark A. Delgado
9                      Attorneys for Defendants Saundra Costick
                    (erroneously sued as Sandy Costick) and John
                    Costick

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28