IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEG STAFFING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>D. ALEXANDER PLATT; SANDY COSTICK; JOHN COSTICK; and DOES 1-25,<br><br>    Defendants.<br>_____ / | No. C 08-03073 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on October 17, 2008 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 5, 2008 and a reply brief shall be filed by no later than August 12, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 22, 2008

                                                          JEFFREY S. WHITE<br>                                                          UNITED STATES DISTRICT JUDGE