1  DALEY & HEFT, LLP, ATTORNEYS AT LAW
   ROBERT W. BROCKMAN, JR., ESQ. (BAR #123546)
2  CRAIG A. BEALER, ESQ. (SBN 243059)
   462 STEVENS AVENUE, SUITE 201
3  SOLANA BEACH, CA  92075
   TELEPHONE:  (858) 755-5666
4  FACSIMILE:  (858) 755-7870
   CBEALER@DALEY-HEFT.com
5
   Attorneys for Plaintiff
6  TEG STAFFING, INC.

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 TEG STAFFING, INC., a California          )   Case No.08-cv-3073 JSW
   Corporation, dba PLATINUM LEGAL           )
12                                           )   **AMENDED** CERTIFICATE OF
              Plaintiffs,                     )   **SERVICE**
13                                           )
        v.                                    )
14                                           )
   D. ALEXANDER PLATT, an individual,         )
15 SANDY COSTICK, an individual, and JOHN     )
   COSTICK, an individual; and DOES 1-25     )
16                                           )
              Defendants.                     )
17                                           )
   _____

18

19

20      I, Christina Tamayo, certify and declare as follows:

21      1.      I am over the age of 18 years and not a party to this action.

22      2.      I caused to be served the following document(s) via electronic mail:

23 **PLAINTIFF TEG STAFFING INC'S OPPOSITION TO DEFENDANT SAUNDRA**

   **COSTICK AND DEFENDANT JOHN COSTICK'S MOTION TO DISMISS**
24
        3.      **Electronic Mail Notice List**
25
        The following are those who are currently on the list to receive e-mail notices for this
26
   case:
27 ///

28

                                    1

1   Mark Delgado, FITZGERALD ABBOTT & BEARDSLEY:
mdelgado@fablaw.com

2   **Attorney for Defendants, Sandy Costick and John Costick**

3   4.    **Notice has been delivered by U.S. MAIL & E-MAIL to:**

4   Baldwin J. Lee, Esq.
   ALLEN, MATKINS, LECK, GAMBLE,

5   MALLORY, & NATSIS, LLP
   Three Embarcadero Center, 12th Floor

6   San Francisco, CA 94111-4074
   Attorney for Defendant, D. Alexander Platt

7   blee@allenmaking.com

8

9        I declare under penalty of perjury that the foregoing is true and correct.  Executed on
August 5, 2008, in Solana Beach, California.

10

11                   Christina Tamayo, Declarant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28