1  BALDWIN J. LEE (BAR NO. 187413)
   MARK J. SEIFERT (BAR NO. 217054)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail: blee@allenmatkins.com
           mseifert@allenmatkins.com
6
   Attorneys for Defendant
7  Alexander Platt

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  TEG STAFFING, INC., a California corporation, dba PLATINUM LEGAL, | Case No. CV 08-3073-JSW |
| 12               Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT ALEXANDER PLATT** |
| 13       vs. | |
| 14  D. ALEXANDER PLATT, an individual, SANDY COSTICK, an individual, JOHN COSTICK, an individual, and DOES 1-25, | Judge:  Hon. Jeffrey S. White |
| 15               Defendant. | |

19       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that Defendant Alexander Platt is represented in this action by

21  the following counsel:

22          Baldwin J. Lee
            Mark J. Seifert
23          Allen Matkins Leck Gamble Mallory & Natsis LLP
            Three Embarcadero Center, 12th Floor
24          San Francisco, CA  94111-4074
            Phone:  (415) 837-1515
25          Fax:  (415) 837-1516
            E-Mail:   blee@allenmatkins.com
26                    mseifert@allenmatkins.com

27       Please direct all pleadings, correspondence, and other papers related to this matter to the

28  above referenced counsel.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

744509.01/SF

Case No.  CV 08-3073-JSW
NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT ALEXANDER PLATT

| | | |
|---|---|---|
| 1 | Dated:  August 8, 2008 | ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP |
| 2 | | BALDWIN J. LEE<br>MARK J. SEIFERT |
| 3 | | |
| 4 | | By:  _____/s/_____ |
| 5 | | MARK J. SEIFERT<br>Attorneys for Defendant<br>Alexander Platt |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

744509.01/SF

-2-

Case No.  CV 08-3073-JSW
NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT ALEXANDER PLATT