1  BALDWIN J. LEE (BAR NO. 187413)
   MARK J. SEIFERT (BAR NO. 217054)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail: blee@allenmatkins.com
           mseifert@allenmatkins.com
6
   Attorneys for Defendant
7  Alexander Platt

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  TEG STAFFING, INC., a California          Case No. CV 08-3073-JSW
    corporation, dba PLATINUM LEGAL,
12                                             **DEFENDANT ALEXANDER PLATT'S
                 Plaintiff,                    CERTIFICATION OF INTERESTED
13                                             ENTITIES OR PERSONS PURSUANT TO
           vs.                                 CIVIL L.R. 3-16**
14
    D. ALEXANDER PLATT, an individual,         Judge:  Hon. Jeffrey S. White
15  SANDY COSTICK, an individual, JOHN
    COSTICK, an individual, and DOES 1-25,
16
                 Defendant.
17

18

19         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations), or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:  Eplica, Inc. (may be added as a

24  //
25  //
26  //
27  //
28  //

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

744505.01/SF

Case No.  CV 08-3073-JSW
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS

1  third-party defendant); Robert Svet (may be added as a third-party defendant); Edward Mark
2  Hanna (may be added as a third-party defendant).

4  Dated:  August 8, 2008

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
BALDWIN J. LEE
MARK J. SEIFERT

By:   _____/s/_____
   MARK J. SEIFERT
   Attorneys for Defendant
   Alexander Platt

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

744505.01/SF

Case No.  CV 08-3073-JSW
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS
-2-